IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| J-LINE PUMP CO. d/b/a )<br>AMERICAN-MARSH PUMPS, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JASON EDDIE DOUGLAS, HYDROFLO )<br>PUMPS USA, INC., TACO, INC., and )<br>HEARTLAND PUMP RENTAL AND )<br>SALES, INC., )<br>)<br>    Defendants. ) | Case No. 3:13-cv-00960<br><br>Judge Campbell<br>Magistrate Judge Knowles |

## UNOPPOSED MOTION TO EXTEND TIME
## TO RESPOND TO COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants Jason Eddie Douglas, Hydroflo Pumps USA, Inc., and Taco, Inc. (collectively, "Moving Defendants") move to extend their time to answer or respond to the complaint against them by thirty (30) days, until December 2, 2013. Counsel for the Moving Defendants has conferred with Plaintiff's counsel and Plaintiff does not oppose this motion.

In support of this motion, Moving Defendants state that they only recently retained counsel, and counsel seeks time to understand and investigate the matter. The requested extension, which Plaintiff does not oppose, will not delay the prosecution of this matter.

1

Accordingly, Moving Defendants request that the Court extend their time to respond to the Complaint until December 2, 2013.

Respectfully submitted,

/s/ Samuel F. Miller
Samuel F. Miller, TN BPR No. 22936
Maia T. Woodhouse, TN BPR No. 30438
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
Baker Donelson Center
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Tel: (615) 726-5594
Fax: (615) 744-5594
smiller@bakerdonelson.com
mwoodhouse@bakerdonelson.com

*Counsel for Defendants Jason Eddie Douglas, Hydroflo Pumps USA, Inc., and Taco, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 29th day of October 2013, a copy of the foregoing was served on the parties listed below via the Court's ECF filing system:

Michele Howard-Flynn
Robert D. Flynn
The HF Law Group, PLLC
3257 W. Sarazen's Circle
Memphis, TN 38125

Timothy L. Warnock
Tim Harvey
Riley, Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203

/s/ Samuel F. Miller
Samuel F. Miller